No. 912. PORT OF NEW YORK AUTHORITY ET AL. *v.* FEDERAL MARITIME COMMISSION ET AL. C. A. 5th Cir. Certiorari denied.

No. 916. KAPATOS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 919. BEAUDRY *v.* VARGO. Sup. Ct. Wis. Certiorari denied.

No. 924. MITCHELL ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 926. STERNER LIGHTING, INC., ET AL. *v.* ALLIED ELECTRICAL SUPPLY, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 927. PYRAMID LAKE PAIUTE TRIBE *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 933. EL-GE POTATO CHIP CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.

No. 937. CHARLES *v.* BLOUNT, POSTMASTER GENERAL. C. A. 7th Cir. Certiorari denied.

No. 938. CENTRAL MACHINE & TOOL CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied.

No. 940. BREAKEFIELD *v.* DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied.

No. 941. RIVEZZO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.